IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01443–MSK–KMT

DALENE WELCH,

    Plaintiff,

v.

SYNERGETIC COMMUNICATION, INC., a Texas corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Stipulated Motion for Entry of Protective Order" (#12, filed September 23, 2008) is GRANTED. The Protective Order will be entered.

Dated: September 24, 2008